REGAL SHOE COMPANY, Appellant, *v.* GENERAL OUTDOOR ADVERTISING CO., INC., Respondent.

Argued October 19, 1937; decided November 16, 1937.

*John E. Stone, Adolph Bloch* and *Henry Bloch* for appellant.

*Edward E. Weadock, Emerson F. Davis* and *Daniel S. Murphy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.